# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ELIFIO E. ESTRADA & LINDA R. ESTRADA  Case Number: 07-71007
406 THEODORE STREET    SSN-xxx-xx-0958 & xxx-xx-9894
LOVES PARK, IL  61111

Case filed on:   4/26/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,769.30      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ELIFIO E. ESTRADA | 0.00 | 0.00 | 1,487.25 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,487.25 | 0.00 |
| 020 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN EXPRESS CENTURION BANK | 8,709.53 | 8,709.53 | 0.00 | 0.00 |
| 002 | ASSET CARE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CENTURION CAPITAL CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE, INC | 551.60 | 551.60 | 0.00 | 0.00 |
| 005 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LUNDHOLM SURGICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | METRO MEDICAL SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MIDWEST HEART SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 1,526.72 | 1,526.72 | 0.00 | 0.00 |
| 011 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PEDIATRIC ASSOCIATES OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 1,137.51 | 1,137.51 | 0.00 | 0.00 |
| 014 | ROCKFORD ASSOCIATED PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE, INC | 142.42 | 142.42 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | UNITED CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 1,268.77 | 1,268.77 | 0.00 | 0.00 |
| 022 | ROUNDUP FUNDING LLC | 8,691.99 | 8,691.99 | 0.00 | 0.00 |
| 023 | VATIV RECOVERY SOLUTIONS LLC | 670.79 | 670.79 | 0.00 | 0.00 |
|  | Total Unsecured | 22,699.33 | 22,699.33 | 0.00 | 0.00 |
|  | Grand Total: | 23,899.33 | 23,899.33 | 2,687.25 | 0.00 |

Total Paid Claimant:    $2,687.25
Trustee Allowance:      $82.05
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan